No. 58227.—The Olson Sales Agency *v.* United States, protest 222950–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

JUNE 23, 1954

No. 58228.—Danca Export Import Co. et al. *v.* United States, protests 166256–K, etc.—Protests abandoned May 20, 1954. (Not published.) Plaintiffs' application for rehearing granted.